AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

IRAKLIS HAVIAROPOULOS,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:22-cv-134

WARDEN JEFFRY FIKES,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated February 14, 2023, Petitioner's Motion to Voluntarily Dismiss based on Federal Rule of Civil Procedure 41(a) is granted, and Petitioner's 28 U.S.C. § 2241 petition is dismissed without prejudice. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

February 14, 2023     John E. Triplett, Clerk of Court
Date                              Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020